AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| JEAN-PIERRE CROWDUS ) | Case No. |
| FREDERICK D. EAVES IV ) | 3:20-mj-402 |
| CHANNEL LEWIS ) | |
| ) | |
| ) | |
| *Defendant(s)* | |

FILED
Vanessa L Armstrong, Clerk
Jun 05 2020
U.S. District Court
Western District of Kentucky

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  June 4, 2020  in the county of  Jefferson  in the
Western  District of  Kentucky , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2118(b) and (d) | Conspiracy to Commit Burglary Involving Controlled Substances |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

/s/ Rachael Riscinti
*Complainant's signature*

Rachael Riscinti, Special Agent, FBI
*Printed name and title*

Sworn to before me by telephone and signed electronically in accordance with Fed.R.Crim. P. 4.1.

Date: 06/05/2020

*Judge's signature*

City and state:  Louisville, Kentucky

Regina S. Edwards, United States Magistrate Judge
*Printed name and title*

Print    Save As...    Attach    Reset