**FILED**
VANESSA L. ARMSTRONG, CLERK

JUN 17 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**JEAN-PIERRE CROWDUS**
**FREDERICK D. EAVES IV**
**CHANNEL LEWIS**

INDICTMENT

NO. 3:20-cr-57-JRW

18 U.S.C. § 2118(b)
18 U.S.C. § 2118(d)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

The Grand Jury charges:

## COUNT 1
*(Conspiracy to Commit Burglary Involving Controlled Substances)*

On or about June 4, 2020, in the Western District of Kentucky, Jefferson County, Kentucky, **JEAN-PIERRE CROWDUS, FREDERICK D. EAVES IV**, and **CHANNEL LEWIS**, defendants herein, knowingly conspired with each other and other persons, known and unknown to the Grand Jury, to enter, attempt to enter, and remain in the business premises and property of a person registered with the Drug Enforcement Administration under section 302 of the Controlled Substance Act (Title 21 U.S.C. § 822), namely, CVS, located at 3130 Portland Avenue, with the intent to steal any material and compound containing any quantity of a controlled substance.

In violation of Title 18, United States Code, Sections 2118(b) and (d).

The Grand Jury further charges:

## COUNT 2
*(Possession of a Firearm by a Prohibited Person)*

On or about June 4, 2020, in the Western District of Kentucky, Jefferson County, Kentucky, **FREDERICK D. EAVES IV**, a defendant herein, did knowingly possess, in and

affecting interstate or foreign commerce, a firearm, that is, a Smith & Wesson, model M&P 40, bearing serial number NBA4592 and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is:

> On or about July 26, 2017, **FREDERICK D. EAVES IV**, was convicted in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 17-CR-1953, of enhanced possession of marijuana (firearm), a felony.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 18, United States Code, Sections 922(g)(1) and 924(c)(1)(A), as alleged in Count 2 of this Indictment, a felony punishable for more than one year, **FREDERICK D. EAVES IV**, a defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense, that is, a Smith & Wesson, model M&P 40, bearing serial number NBA4592 and ammunition.

A TRUE BILL.

FOREPERSON

RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC:fed06172020

UNITED STATES OF AMERICA v. **JEAN-PIERRE CROWDUS, FREDERICK D. EAVES IV, and CHANNEL LEWIS**

## PENALTIES

Counts 1 and 2: NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release (Each Count)
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or
   **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:
Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202
502/625-3500

BOWLING GREEN:
Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY 42101
270/393-2500

OWENSBORO:
Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY 42301
270/689-4400

PADUCAH:
Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY 42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No.

# UNITED STATES DISTRICT COURT
### Western District of Kentucky
### At Louisville

THE UNITED STATES OF AMERICA

vs.

### JEAN-PIERRE CROWDUS
### FREDERICK D. EAVES IV
### CHANNEL LEWIS

### INDICTMENT

### COUNT 1
*Conspiracy to Commit Burglary Involving Controlled Substances*
18 U.S.C. §2118(b) and (d)

### COUNT 2
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. §922(g)(1) and 924(a)(2)

### FORFEITURE

*A true bill.*



_____
Foreperson

Filed in open court this 17th day of June, 2020.

FILED
JUN 17 2020
VANESSA L. ARMSTRONG, CLERK
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

_____
Clerk

Bail, $